IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDICE HALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:25-cv-831-ECM |
| | ) |
| CLARENCE J.C. STEWART, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 15, 2025, the Plaintiff brought this action pursuant to 42 U.S.C. § 1983 and Alabama state law arising out of the termination of her employment. (Doc. 1). In the prayer for relief, the Plaintiff's complaint requests that the Court that "[i]ssue a preliminary injunction . . . ordering defendant[s] to immediately reinstate plaintiff to her position . . . pending final resolution of this action." (*Id.* at 16, para. E). To date, however, the Plaintiff has not provided sufficient legal analysis regarding the elements of a motion for preliminary injunction or how, in her view, she satisfies those elements. Accordingly, and for good cause, it is

ORDERED that to the extent that the Complaint contains a motion for preliminary injunction, that motion is DENIED without prejudice. If the Plaintiff actually seeks a preliminary injunction, a separate motion for preliminary injunction should be filed which contains legal analysis and citation to authority.

DONE this 16th day of October, 2025.

                                    /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE